IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-162-BR |
| Plaintiff, | ORDER |
| v. | |
| JEFFREY OWEN READY, | |
| Defendant. | |

**BROWN, Judge.**

The Court acknowledges receipt of a letter dated April 2, 2005, from Defendant Jeffrey O. Ready, which the Court construes as a Motion to Reconsider that portion of the Court's Judgment that imposes a restitution obligation. The Court directs the Clerk of Court to file the letter in the Court file and to send copies of it to Assistant United States Attorney Greg Nyhus and Defendant's counsel on appeal, Kendra M. Matthews.

In the Judgment, the Court ordered Defendant to pay $23,743.85 restitution, and the Court waived the accumulation of

1 - ORDER

interest on any unpaid portion of the obligation.  The Judgment also provides:

> Restitution is due and payable in full immediately; if there is any unpaid balance at the time of defendant's release from custody, it shall be paid in the maximum monthly installment possible, and not less than $50.00 per month as directed by the probation officer.

In his letter, Defendant asks the Court "to waive restitution until my release from prison."  The Court **DENIES** this request because the Court intends the Judgment to be immediately collectible in the event Defendant becomes able to pay the Judgment from new resources while he is incarcerated.

The Court, however, concludes it is in the interests of justice to relieve Defendant from the duty to pay toward this obligation from any of his prison earnings and to defer the obligation to begin monthly payments toward the obligation until Defendant's release.

IT IS SO ORDERED.

DATED this 8th day of April, 2005.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge