IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-162-BR<br>(CV 05-748-BR) |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| JEFFREY OWEN READY, | |
| Defendant. | |

KARIN J. IMMERGUT
United States Attorney
**GREGORY R. NYHUS**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1015

    Attorneys for Plaintiff

**HARRISON LATTO**
400 S.W. Sixth Avenue, Suite 600
Portland, OR 97204
(503) 223-0783

      Attorney for Defendant

**JEFFREY OWEN READY**
#27588-086
FCI Sheridan
PO Box 5000
Sheridan, OR 97378

      Defendant, *Pro Se*

**BROWN, Judge.**

The Court has completed its consideration of the Motion of Court-Appointed Counsel Harrison Latto For Leave to Withdraw and for Appointment of New Counsel (#96).

For the reasons stated in Mr. Latto's Affidavit, the Court concludes there has been an irreparable breakdown in the attorney-client relationship that warrants Mr. Latto's withdrawal as counsel in this matter. In this respect, the Court **GRANTS** the Motion to Withdraw.

The Court, however, **DENIES** that part of the Motion in which counsel seeks appointment of new counsel for Defendant. The Court notes Defendant Jeffrey Owen Ready has been a prolific letter writer and has filed motions himself throughout the course of these proceedings and his original prosecution and has written to the Court, to the prosecutor, and to others despite the Court's repeated instructions to him to communicate only through

his appointed counsel. Thus, the Court is confident that Mr. Ready will continue to communicate his wishes and positions to the Court regardless whether he has counsel. The Court also concludes from the nature and content of Defendant Ready's letters to the Court that he is capable of adequately presenting the issues he wishes the Court to consider. The appointment of counsel, therefore, is not necessary to ensure Defendant Ready receives due process.

In light of the Court's Order, the government is directed to respond no later than August 12, 2005, to Defendant Ready's motions filed *pro se* and to address the issues raised in Defendant Ready's *pro se* documents filed with the Court. Defendant Ready shall have until September 9, 2005, to reply to any responses by the government. All Motions currently pending will be taken under advisement on September 9, 2005.

No further motions shall be permitted until the pending Motions have been resolved.

IT IS SO ORDERED.

DATED this 25th day of July, 2005.

_____
ANNA J. BROWN
United States District Judge